IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
S...

OCT -2 2015

CLERK
SO. DIST. OF GA

LINDA MARIE SMITH,          )
                            )
          Plaintiff,        )
                            )
v.                          )          CASE NO. CV415-209
                            )
SGT. STEPHEN EATON, Savannah )
Metro Police Department; and )
SGT. MICHELLE HALOFORD,      )
Savannah Metro Police        )
Department;                  )
                            )
          Defendants.        )
                            )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **2ND** day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA