# United States District Court
## Southern District of Georgia

Linda Marie Smith

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-209

Sgt. Stephen Eaton et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated October 2, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.



| October 2, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk